FILED
ASHEVILLE, N.C.

SEP 11 2018

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:18mj104 |
| | ) | |
| v. | ) | **ORDER TO SEAL THE** |
| | ) | **CRIMINAL COMPLAINT** |
| JEROMIE DAVID STONE | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the that the Criminal Complaint, affidavit, and any associated warrant, writ, process or other order issued pursuant thereto be sealed immediately, and that same remain sealed until further order of this Court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 11th day of September 2018.

_____
THE HON. DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE